371 A.2d 238
Commonwealth v. Robichaw, Appellant.

Submitted September 12, 1975. F. Michael Medway and Barry H. Denker, for appellant; Carlos M. Morcate, Assistant District Attorney, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

364 A.2d 950
Commonwealth v. Robish, Appellant.

Submitted April 12, 1976. Charles C. Gentile, for appellant; James A. Caldwell, Assistant District Attorney, and W. Bertram Waychoff, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.